UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7995 ODW(MANx) | Date | August 20, 2010 |
|---|---|---|---|
| Title | Adeel Amin v. Jeremiah Yancy et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Friday, September 3, 2010** why this action should not be dismissed for lack of prosecution as to defendants Jeremiah Yancy; Rita Teresa Yancy; Longbranch, LLC; Longbranch Group International, LLC; and CMSA International Consultants, Inc.. Default against defendant(s) Jeremiah Yancy; Rita Teresa Yancy; Longbranch, LLC; Longbranch Group International, LLC; and CMSA International Consultants, Inc. was entered by the Clerk on August 18, 2010 [43].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

> **1. Plaintiff's filing of a noticed motion for entry of default judgment against defendants Jeremiah Yancy; Rita Teresa Yancy; Longbranch, LLC; Longbranch Group International, LLC; and CMSA International Consultants, Inc..**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court.  The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7995 ODW(MANx) | Date | August 20, 2010 |
|---|---|---|---|
| Title | Adeel Amin v. Jeremiah Yancy et al | | |

Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |