# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| ADEEL AMIN, an Individual | No. CV-09-7995 ODW(MANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JEREMIAH YANCY an individual, RITA TERESA YANCY, an individual LONGBRANCH GROUP INTERNATIONAL L.L.C, a Texas corporation, LONGBRANCH, LLC, an Idaho corporation, CMSA International Consultants, Inc., an Idaho corporation and DOES 1–10 inclusive | |
| Defendants. | |

In accordance with this Court's orders (Docket #52, #57) granting Plaintiff's request for judgment, interest, attorney's fees and costs the Court awards judgment in favor of Adeel Amin and against all defendants Jeremiah Yancy, Rita Teresa Yancy, LongBranch Group International LLC, a Texas corporation, LongBranch

LLC, an Idaho corporation, and CMSA International Consultants, Inc., an Idaho corporation.

Plaintiff is entitled to:

1. Judgment against all defendants in the amount of $1,759,469.55, pursuant to Rule 55(b)(2) and Local Rule 55-1,

2. Prejudgment interest pursuant to California Civil Code §3289 in the amount of $294,048,

3. Attorney's fees in the amount of $44,670.35 pursuant to Local Rule 55-3,

4. Costs in the amount of $1,280.96 pursuant to Local Rules 54-4.1 and 54-4.2.

**IT IS SO ORDERED.**

DATED: May 2, 2011

_____
HON. OTIS D. WRIGHT II, Judge Presiding
United States District Court Judge